# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 4, 2006

Clifford W. Taylor,
Chief Justice

129408 & (57)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MARION STANTON and ANITA AKERS,
      Plaintiffs-Appellants
      and Cross-Appellees,

v

CHARTER TOWNSHIP OF CANTON,
      Defendant-Appellee
      Cross-Appellant.

SC: 129408
COA: 255716
Wayne CC: 03-338094-CZ

_____/

      On order of the Court, the application for leave to appeal the July 26, 2005 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      WEAVER, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 4, 2006

_____
Clerk

d0427